In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-025 CV


____________________



IN RE RANCHERS AND FARMERS MUTUAL INSURANCE COMPANY






Original Proceeding






 MEMORANDUM OPINION 


 On January 17, 2007, Ranchers and Farmers Mutual Insurance Company filed this
petition for writ of mandamus. We received a response from the real parties in interest. On
April 9, 2007, the relator notified the Court that the underlying case settled and that it no
longer requests mandamus relief from the Court. Accordingly, this original proceeding is
dismissed without reference to the merits.

 WRIT DISMISSED.

 PER CURIAM

Opinion Delivered April 19, 2007 

Before McKeithen, C.J., Kreger and Horton, JJ.